**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **MERALOC, LLC** | § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 2:16-cv-00093** |
| v. | § § § | |
| **TIMEX GROUP USA, INC.** | § § | |
| Defendant. | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

In consideration of the Unopposed Motion For Dismissal With Prejudice of all claims asserted between Plaintiff Meraloc LLC ("Plaintiff") and Defendant Timex Group USA, Inc. ("Defendant"), the Unopposed Motion For Dismissal With Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 19th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE